DISMISS; Opinion issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01312-CR

## RONNIE HALTON, Appellant

### V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-62208-T

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Bridges

Ronnie Halton pleaded guilty to aggravated assault with a deadly weapon. Pursuant to a plea agreement, the trial court deferred adjudication of guilt, placed appellant on five years' community supervision, and assessed a $2,500 fine. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 218–20 (Tex. Crim. App. 2000). The trial court certified that appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610, 614–15 (Tex. Crim. App. 2005).

We dismiss the appeal for want of jurisdiction.

_____
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121312F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONNIE HALTON, Appellant

No. 05-12-01312-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F11-62208-T).

Opinion delivered by Justice Bridges, Justices Richter and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 16, 2012.

DAVID L. BRIDGES
JUSTICE